```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA

ZIN KOVTUN,                       )
                                  )
            Plaintiff,             )           4:08CV3179
                                  )
     v.                           )
                                  )
TROTTER FLOOR CLEANING            )           ORDER
SERVICES, INC.,                   )
                                  )
            Defendant.             )
                                  )
```

This matter is before the court *sua sponte*. On October 20, 2008, the court informed the parties by letter of their obligation to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to file a written report of their meeting. No such report has been received by the court.

Accordingly,

IT IS ORDERED, the parties shall report to the court in accordance with Fed. R. Civ. P. 26(f) on or before February 18, 2009, or show cause why sanctions should not be imposed upon them in accordance with Fed. R. Civ. P. 16(f) and 37(g).

DATED this 4th day of February, 2009.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge