IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ZIN KOVTUN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3179 |
| | ) | |
| V. | ) | |
| | ) | |
| TROTTER FLOOR CLEANING SERVICES, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

A conference call with counsel was held. Due to the illness of a witness, the plaintiff moved to continue this trial to January 2010. The defendant did not object. Accordingly,

IT IS ORDERED that the trial of this matter is continued to January 25, 2010, as the number two civil case, before the undersigned.

DATED this 16th day of November, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge