IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ZIN KOVTUN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3179 |
| | ) | |
| V. | ) | |
| | ) | |
| TROTTER FLOOR CLEANING SERVICES, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The undersigned will commence another jury trial on January 25, 2010. Accordingly,

IT IS ORDERED that this matter is removed from the undersigned's trial docket and is continued until further order of this court. Magistrate Judge Zwart is requested to reschedule this matter for trial.

DATED this 22nd day of January, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge