IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ZIN KOVTUN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3179 |
| | ) | |
| v. | ) | |
| | ) | |
| TROTTER FLOOR CLEANING SERVICES, INC., | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on Plaintiff's motion to strike Filing Number 56, the parties' joint stipulation for dismissal (filings 57, 59).  Upon Plaintiff's representation that Defendant has no objection to said motion, the motion shall be granted.

IT IS ORDERED that the Clerk's Office shall strike Filing Number 56 from the record.

February 16, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge